# In the United States District Court

**NOV 19 2020**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Plantiff

Thomas Curtis W.

500 Galletti way.

Sparks Nevada 89431

VS.

Protective Force International INC. (702) 764 9618

2620 Regatta Dr.

Las Vegas NV 89128

Defendant

**2:20-cv-02132-APG-EJY**

Civil Claim:

- Murder (§§ 210.2)
- Serious Body Injury (§§ 210.0 (3))
- Kidnapping (§§ 200.)
- Terrorism (§§ 2331.)
- BIOTerrorism (§§ 2331)

(702) 741-8171

- CyberTerrorism (§§ 2331.)
- Eco Terrorism (§§ 2331.)
- Enviro Terrorism (§§ 2331)
- State Sponsored (§§ 2331)
- International Terrorism (§§ 2331.)

In the United States District Court

Plantiff

Thomas Curtis W.

VS.



Protective Force International Inc

defendant

2:20-cv-02132-APG-EJY

Civil Complaints
($§ 2331)
($ 210.2)
($ 210.0⁽³⁾)) — ($ 210.0$^{(3)}$))
($ 200.)

Civil Complaint:

In Unison and Violation of Montreal Protocol with the Federal Authorities and state Sponsoree: Terrorism(§§2331) use to wit; Nuclear arms and methods, to implant, Kidnap, murder, victemize, sexual exploit thru, from on or under your properties or assigned properties: Contracted "Nuclear energy,

legal Claim



FILED ___ ___ RECEIVED
ENTERED ___ ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 19 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

Civil Complaint:
(SS 2331.)
(SS 210.2)
(SS 210.0(3))
(SS 200. )

Plantiff

Thomas Curtis   W

VS.

Protective Force International Inc.

defendant

**2:20-cv-02132-APG-EJY**

legal Claim

I am asking for the pain and suffering

the amount of 11.5 Million dollars.