## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. CURTIS, | Case No.: 2:20-cv-02132-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case Without Prejudice** |
| v. | |
| PROTECTIVE FORCE INTERNATIONAL INC., | [ECF No. 5] |
| Defendant | |

On June 2, 2021, Magistrate Judge Youchah recommended that I dismiss this case without prejudice because plaintiff Thomas Curtis failed to pay the filing fee or submit an *in forma pauperis* application as ordered. ECF No. 5.  Curtis did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

Further, the report and recommendation was returned in the mail and Curtis has not updated his address.  Under Local Rule IA 3-1, a pro se party must immediately provide the court with written notice of a change of address.  Failure to comply with the rule may result in dismissal of the case. LR IA 3-1.

/ / / /

/ / / /

1    I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation

2  **(ECF No. 5) is accepted** and plaintiff Thomas Curtis's complaint (ECF No. 1-1) is DISMISSED

3  without prejudice.  The clerk of court is instructed to close this case.

4      DATED this 29th day of June, 2021.

5

6  _____
   ANDREW P. GORDON
7  UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23